**Thus Done and Signed August 25, 2009.**

                                                      **/s/ Henley A. Hunter**
                                                      **United States Bankruptcy Judge**

---

**IN RE: Eddie Bernice Johnson**                                  **CASE NO. 07BK-80734**

### ORDER CONCERNING DEFAULT IN CHAPTER 13 PLAN PAYMENTS

     The Chapter 13 Trustee has filed a Motion for Order Concerning Default in Chapter 13 Plan Payments. According to the Motion and the Chapter 13 Trustee's Payment History, you are currently in default of your plan payments. Accordingly;

     **IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT UNLESS YOU ELECT ONE OF THE FOLLOWING ACTIONS WITHIN TWENTY-FIVE (25) DAYS OF THE DATE OF THIS ORDER**, **THE TRUSTEE WILL SUBMIT AND ORDER DISMISSING YOUR CASE WITHOUT A HEARING.**

     **(1) IF YOU DESIRE TO STAY IN YOUR CHAPTER 13 CASE**, you must pay the Chapter 13 Trustee the amount(s) as set forth in the motion required to bring your payments current, plus any plan payments that will become due within the same period. *Alternatively*, if you cannot pay current, but wish to resume payments, you must file a proposed modification to your plan and pay pursuant to the modification, within 25 days of the date of this Order. In the event you cure the defaults as set forth herein, either by paying current or timely filing and noticing a modified plan and pay pursuant thereto, and such modified plan is ultimately confirmed, the Trustee shall file a <u>Notice of Cure of Default</u> and your case will not be dismissed. Nevertheless, in the event you fall behind on the payments again, this Order shall permit the Chapter 13 Trustee to dismiss your case should you fail to make any plan payment(s) within 30 days of their due date, without a hearing and without further Order of the Court.

     **(2) IF YOU WISH TO DISMISS YOUR CASE** you must file and notice a Motion to Dismiss. If you voluntarily seek the dismissal of your case following the filing of a Motion to Lift the Automatic Stay, the dismissal of your case on your motion may result in the imposition of a 109(g) finding, prohibiting you from filing any type of bankruptcy petition for 180 days from the date of the dismissal on your request.

     **(3) IF YOU WISH TO CONVERT YOUR CASE TO A CASE UNDER CHAPTER 7** you must file a written motion to convert.

     **(4) IF YOU WISH TO SEEK A HARDSHIP DISCHARGE** because you cannot pay Chapter 13 plan payments due to circumstances for which you should not justly be held accountable and your unsecured creditors have received at least the amount they would receive in a Chapter 7 Liquidation, and no plan modification is practicable, you must file a <u>Motion for Hardship Discharge</u> and notice the motion for a hearing.

                            \*\*\* **CONTACT YOUR ATTORNEY CONCERNING THIS NOTICE**\*\*\*

                                                  ###